# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., § | |
| § | Civil Action No. 6:15-CV-00041 |
| v. § | |
| § | (Consolidated Lead Case) |
| ALCATEL-LUCENT USA, INC., ET AL § | |

## NOTICE REGARDING SCHEDULING CONFERENCE

Following up on the Court's consolidation order (Dkt. No. 39) and Scheduling Order (Dkt. No. 40), Plaintiff, Adaptix, Inc., hereby files this Notice Regarding Scheduling Conference, to advise the Court on the issues that are required to be disclosed under the Court's Standing Order Regarding Readiness for Status Conference. Plaintiff further states as follows:

1. Pending Motions to Dismiss or Transfer

Verizon Wireless has filed a motion to transfer venue in Case No. 6:15-cv-00045, Dkt. 13. No other motions are pending.

2. The Patents-in-Suit

The asserted patent in Case Nos. 6:15-cv-00041, 6:15-cv-00042, and 6:15-cv-00604 is U.S. Patent No. 8,934,445 (the "'445 Patent").

The asserted patent in Case Nos. 6:15-cv-00043, 6:15-cv-00044, and 6:15-cv-00045 is U.S. Patent No. 8,934,375 (the "'375 Patent").

3. Related Cases

There are no related cases asserting the '445 Patent or the '375 Patent other than the cases that have been consolidated into this Consolidated Lead Case, 6:15-cv-00041.

06092635

a. <u>Other E.D. Tex. Cases Involving Patents in the Same Family as the Patents-in-Suit</u>

The '445 Patent is in the same patent family as U.S. Patent No. 7,146,172 (the "'172 Patent"). The '375 Patent is in the same patent family as U.S. Patent No. 7,454,212 (the "'212 Patent"). Also related to the '445 and '375 Patents are Adaptix's U.S. Patent Nos. 6,947,748 (the "'748 Patent"), and 6,904,283 (the "'283 Patent"). The '172 Patent, the '748 Patent, the '283 Patent, and the '212 Patent have previously been asserted in this District, including in some cases involving the defendants in this consolidated case.

The '172 Patent and the '283 Patent have been asserted in the following cases in this District:

| Case No. | Case Style | Status |
| --- | --- | --- |
| 6:12-cv-00022 | *Adaptix, Inc., v. Alcatel-Lucent USA, Inc., et al* | Pending, Trial date 8/31/2015 |
| 6:12-cv-00122 | *Adaptix, Inc., v. Alcatel-Lucent USA, Inc., et al* | Consolidated into Case No. 6:12-cv-00022 |
| 6:12-cv-00123 | *Adaptix, Inc., v. Alcatel-Lucent USA, Inc., et al* | Consolidated into Case No. 6:12-cv-00022 |
| 6:13-cv-00049 | *Adaptix, Inc., v. Ericsson, Inc., et al* | Pending, Trial date 12/7/2015 |
| 6:14-cv-00501 | *Adaptix, Inc., v. Ericsson, Inc., et al* | Pending, Pretrial Conference and Trial Setting date 1/4/2016 |
| 6:14-cv-00502 | *Adaptix, Inc., v. Ericsson, Inc., et al* | Pending, Pretrial Conference and Trial Setting date 1/4/2016 |
| 6:14-cv-00503 | *Adaptix, Inc. v. Ericsson, Inc., et al* | Pending, Pretrial Conference and Trial Setting date 1/6/2016 |

The '212 Patent and the '748 Patent have been asserted in the following cases in this District:

| Case No. | Case Style | Status |
| --- | --- | --- |
| 6:12-cv-00017 | *Adaptix, Inc. v. AT&T Mobility LLC, et al* | Pending |
| 6:12-cv-00020 | *Adaptix, Inc. v. Pantech Wireless, Inc., et al* | Pending |
| 6:12-cv-00120 | *Adaptix, Inc. v. Cellco Partnership d/b/a Verizon Wireless, et al* | Pending |
| 6:12-cv-00125 | *Adaptix, Inc. v. Apple, Inc., et al* | Transferred to N.D. Cal. |
| 6:13-cv-00028 | *Adaptix, Inc. v. Apple, Inc., et al* | Transferred to N.D. Cal. |
| 6:13-cv-00296 | *Adaptix, Inc. v. Motorola Mobility LLC, et al* | Transferred to N.D. Cal. |
| 6:13-cv-00424 | *Adaptix, Inc. v. Pantech Wireless Inc., et al* | Dismissed |
| 6:13-cv-00585 | *Adaptix, Inc. v. NEC Casio Mobile Communications, Ltd., et al* | Dismissed |
| 6:13-cv-00778 | *Adaptix, Inc. v. Pantech Wireless, Inc., et al* | Stayed |
| 6:13-cv-00922 | *Adaptix, Inc. v. NEC Casio Mobile Communications, Ltd., et al* | Dismissed |

4. <u>Dates of *Markman* Hearing/Trial in Related Cases</u>

There are currently no *Markman* hearings or trials scheduled in any case involving the '445 Patent or the '375 Patent, other than the July 21, 2016 *Markman* hearing, and May 22, 2017 Trial, established in the Court's Scheduling Order in this case (Dkt. No. 40).

5. <u>Statement of Compliance with Standing Order</u>

The last remaining defendant to answer or otherwise respond to Adaptix's complaints in these consolidated cases (Sprint Spectrum L.P.), filed its Answer on July 27, 2015, in Case Nos. 6:15-cv-00041, 6:15-cv-00042, and 6:15-cv-00044. The instant notice is being filed on July 29, 2015, within five days of Sprint's Answer.

Dated: July 29, 2015

**ADAPTIX, INC.**

By: */s/ Paul J. Hayes*
Paul J. Hayes
Kevin Gannon (*pro hac vice*)
Jonathan R. DeBlois (*pro hac vice*)
**HAYES MESSINA GILMAN & HAYES, LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 439-4200
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: kgannon@hayesmessina.com
Email: jdeblois@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 29th day of July, 2015.

*/s/ Paul J. Hayes*
Paul J. Hayes
