IN THE UNITED STATES DISTPRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:15-cv-00041 |
| | ) | (LEAD CASE) |
| v. | ) | |
| | ) | |
| ALCATEL-LUCENT USA, INC. ET AL | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Defendants Ericsson Inc., Telefonaktiebolaget LM Ericsson, Cellco Partnership d/b/a Verizon Wireless and Sprint Spectrum L.P. (collectively "Defendants"), hereby give notice that Jonathan B. Rubenstein enters his appearance as attorney of record for the Defendants and requests that copies of all notices, orders, and pleadings be served on the undersigned counsel.

| | |
|---|---|
| Dated:  August 4, 2015 | Respectfully submitted by: |

*/s/  Jonathan B. Rubenstein*
Douglas M. Kubehl
  (Texas Bar No. 00796909)
  *doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
  (Texas Bar No. 24037403)
  *jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
  (Texas Bar No. 24069354)
*jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone:    (214) 953-6500
Facsimile:    (214) 953-6503

**ATTORNEYS FOR DEFENDANTS ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON,  CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND SPRINT SPECTRUM, L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on August 4, 2015.

*/s/ Jonathan B. Rubenstein*
Jonathan B. Rubenstein