**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 6:15-cv-00041** |
| | ) | **(LEAD CASE)** |
| **v.** | ) | |
| | ) | |
| **ALCATEL-LUCENT USA, INC. ET AL** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Defendants Ericsson Inc., Telefonaktiebolaget LM Ericsson, Cellco Partnership d/b/a Verizon Wireless and Sprint Spectrum L.P. (collectively "Defendants"), hereby give notice that Jeffery S. Becker enters his appearance as attorney of record for the Defendants and requests that copies of all notices, orders, and pleadings be served on the undersigned counsel.

Dated:  August 4, 2015                    Respectfully submitted by:

                                          /s/  Jeffery S. Becker
                                          Douglas M. Kubehl
                                             (Texas Bar No. 00796909)
                                             *doug.kubehl@bakerbotts.com*
                                          Jonathan B. Rubenstein
                                             (Texas Bar No. 24037403)
                                             *jonathan.rubenstein@bakerbotts.com*
                                          Jeffery S. Becker
                                             (Texas Bar No. 24069354)
                                          *jeff.becker@bakerbotts.com*
                                          **BAKER BOTTS L.L.P.**
                                          2001 Ross Avenue
                                          Dallas, Texas 75201
                                          Telephone:     (214) 953-6500
                                          Facsimile:     (214) 953-6503

                                          **ATTORNEYS FOR DEFENDANTS
                                          ERICSSON INC., TELEFONAKTIEBOLAGET
                                          LM ERICSSON,  CELLCO PARTNERSHIP
                                          D/B/A VERIZON WIRELESS AND SPRINT
                                          SPECTRUM, L.P.**

## CERTIFICATE OF SERVICE

The  undersigned  certifies  that  the  foregoing  document  was  served  on  all  counsel  of

record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the

United States District Court for the Eastern District of Texas via the CM/ECF system, on August

4, 2015.

                                          /s/ Jeffery S. Becker
                                          Jeffery S. Becker