# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br>             Plaintiff, <br> v. <br><br> ALCATEL-LUCENT USA, INC., et al., <br><br>             Defendants. | Civil Action No. 6:15-cv-00041-RWS <br><br> CONSOLIDATED LEAD CASE <br> PATENT CASE |
| ADAPTIX, INC., <br><br> v. <br><br> ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and SPRINT SPECTRUM L.P. | Civil Action No. 6:15-cv-00042 <br> PATENT CASE |

## PLAINTIFF'S ANSWER TO DEFENDANTS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON'S COUNTERCLAIMS

Plaintiff, ADAPTIX Inc. ("ADAPTIX"), answers the counterclaims of Defendants Ericsson Inc., and Telefonaktiebolaget LM Ericsson ("Defendants"), as follows:

## COUNTERCLAIMS

## PARTIES

43. Denies.

44. Admits, although "principle" should be "principal."

45. Admits, although "principle" should be "principal."

46. Admits.

## JURISDICTION AND VENUE

47. Admits, assuming that by "[t]his is an action" Defendants meant "These are counterclaims."

48. Denies that 28 U.S.C. §§ 2201, 2202 provide jurisdiction, but otherwise admits.

49. Admits.

50. Admits.

### FIRST COUNTERCLAIM
### (DECLARATORY JUDGMENT OF NONINFRINGEMENT)

51. Denies.

52. Denies.

53. Denies.

### SECOND COUNTERCLAIM
### (DECLARATORY JUDGMENT OF INVALIDITY)

54. Denies.

55. Denies.

56. Denies.

### PRAYER FOR RELIEF

WHEREFORE, ADAPTIX respectfully requests that this Court:

a. Deny all relief requested in Defendants' Counterclaims;

b. Grant the relief requested by ADAPTIX in its Complaint; and

c. Grant ADAPTIX such further relief as this Court finds appropriate.

Date: August 5, 2015        Respectfully submitted,

By: */s/ Paul J. Hayes*
Paul J. Hayes
Kevin Gannon

**HAYES MESSINA**
**GILMAN & HAYES, LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (978) 809-3850
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24064869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of August, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Paul J. Hayes*
Paul J. Hayes