# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br> v. <br><br> ALCATEL-LUCENT USA, INC., et al., <br><br> Defendants. | Civil Action No. 6:15-cv-00041-RWS <br><br> CONSOLIDATED LEAD CASE <br> PATENT CASE |
| ADAPTIX, INC., <br><br> v. <br><br> ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and SPRINT SPECTRUM L.P. | Civil Action No. 6:15-cv-00042 <br> PATENT CASE |

## PLAINTIFF'S ANSWER TO DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S COUNTERCLAIMS

Plaintiff, ADAPTIX Inc. ("ADAPTIX"), answers the counterclaims of Defendant Cellco Partnership d/b/a Verizon Wireless ("Defendant"), as follows:

## COUNTERCLAIMS

## PARTIES

43. Denies.

44. Admits.

45. Admits.

## JURISDICTION AND VENUE

46. Admits, assuming that by "[t]his is an action" Defendant meant "These are counterclaims."

47. Denies that 28 U.S.C. §§ 2201, 2202 provide jurisdiction, but otherwise admits.

48. Admits that venue is proper, but otherwise denies.

49. Admits.

## FIRST COUNTERCLAIM
## (DECLARATORY JUDGMENT OF NONINFRINGEMENT)

50. Denies.

51. Denies.

52. Denies.

## SECOND COUNTERCLAIM
## (DECLARATORY JUDGMENT OF INVALIDITY)

53. Denies.

54. Denies.

55. Denies.

## PRAYER FOR RELIEF

WHEREFORE, ADAPTIX respectfully requests that this Court:

a. Deny all relief requested in Defendant's Counterclaims;

b. Grant the relief requested by ADAPTIX in its Complaint; and

c. Grant ADAPTIX such further relief as this Court finds appropriate.

Date: August 5, 2015  Respectfully submitted,

By: */s/ Paul J. Hayes*
Paul J. Hayes
Kevin Gannon
**HAYES MESSINA**
**GILMAN & HAYES, LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (978) 809-3850
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: kgannon@hayesmessina.com
Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24064869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of August, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Paul J. Hayes*
Paul J. Hayes

3