**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,** | |
| **Plaintiff,** | **Civil Action No. 6:15-cv-00041-RWS** |
| **v.** | |
| **ALCATEL-LUCENT USA, INC., et al.,** | **CONSOLIDATED LEAD CASE** **PATENT CASE** |
| **Defendants.** | |
| **ADAPTIX, INC.,** | |
| **v.** | **Civil Action No. 6:15-cv-00604** |
| **ALCATEL-LUCENT USA, INC., and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS** | **PATENT CASE** |

**PLAINTIFF'S ANSWER TO DEFENDANT**
**CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S**
**COUNTERCLAIMS**

Plaintiff, ADAPTIX Inc. ("ADAPTIX"), answers the counterclaims of Defendant

Cellco Partnership d/b/a Verizon Wireless ("Defendant"), as follows:

**COUNTERCLAIMS FOR DECLARATORY JUDGMENT**

**NATURE OF THE ACTION**

1.     Denies that Adaptix's allegations are baseless, but otherwise admits.

2.     Admits.

3.     Admits.

4.     Admits.

## JURISDICTION AND VENUE

5.      Denies that 28 U.S.C. § 2201 provides jurisdiction, but otherwise admits.

6.      Admits that venue is proper, but otherwise denies.

## PARTIES

7.      Admits.

8.      Admits.

## COUNTERCLAIM COUNT I

### (Non-Infringement of U.S. Patent No. 8,934,445)

9.      See paragraphs 1 through 8, above.

10.     Denies.

11.     Denies.

## COUNTERCLAIM COUNT II

### (Invalidity of U.S. Patent No. 8,934,445)

12.     See paragraphs 1 through 8, above.

13.     Denies.

14.     Denies.

## PRAYER FOR RELIEF

WHEREFORE, ADAPTIX respectfully requests that this Court:

a.      Deny all relief requested in Defendant's Counterclaims;

b.      Grant the relief requested by ADAPTIX in its Complaint; and

c.      Grant ADAPTIX such further relief as this Court finds appropriate.

Date:  August 5, 2015

Respectfully submitted,

By:  */s/  Paul J. Hayes*

Paul J. Hayes
Kevin Gannon
**HAYES MESSINA**
**GILMAN & HAYES, LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (978) 809-3850
Fax: (617) 443-1999
Email:  phayes@hayesmessina.com
Email:  kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24064869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone:  (903) 730-6789
Email:  craig@tadlocklawfirm.com
Email:  keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ADAPTIX, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of August, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Paul J. Hayes*
Paul J. Hayes