**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:15-cv-00041 |
| | ) | (LEAD CASE) |
| v. | ) | |
| | ) | |
| **ALCATEL-LUCENT USA, INC. ET AL** | ) | JURY TRIAL DEMANDED |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ericsson Inc., by and through its counsel, hereby discloses that:

Ericsson Inc. identifies Ericsson Holding II Inc., a Delaware Corporation, and Telefonaktiebolaget LM Ericsson, a Swedish Corporation, as its parent corporations. Ericsson Inc. is wholly-owned by Ericsson Holding II Inc., which in turn is wholly-owned by Telefonaktiebolaget LM Ericsson.

Telefonaktiebolaget LM Ericsson is publicly held and trades in the United States through American Depository receipts under the name LM Ericsson Telephone Company.

Dated:  July 28, 2015

Respectfully submitted by:

*/s/  Douglas M. Kubehl*
Douglas M. Kubehl
   (Texas Bar No. 00796909)
   *doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
   (Texas Bar No. 24037403)
   *jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
   (Texas Bar No. 24069354)
   *jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone:     (214) 953-6500
Facsimile:      (214) 953-6503

**ATTORNEYS FOR DEFENDANT ERICSSON INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on July 28, 2015.

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl