**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 6:15-cv-00041 |
| | ) (LEAD CASE) |
| v. | ) |
| | ) |
| ALCATEL-LUCENT USA, INC. ET AL | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Telefonaktiebolaget LM Ericsson, by and through its counsel, hereby discloses that:

Telefonaktiebolaget LM Ericsson is publicly held and trades in the United States through American Depository receipts under the name LM Ericsson Telephone Company. Telefonaktiebolaget LM Ericsson has no parent corporation; nor does any publicly held corporation owns 10% or more of its stock.

Dated:  July 28, 2015

Respectfully submitted by:

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl
   (Texas Bar No. 00796909)
   *doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
   (Texas Bar No. 24037403)
   *jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
   (Texas Bar No. 24069354)
   *jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone:    (214) 953-6500
Facsimile:     (214) 953-6503

**ATTORNEYS FOR DEFENDANT TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on July 28, 2015.

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl


Dated:  July 28, 2015

Respectfully submitted by:

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl
   (Texas Bar No. 00796909)
   *doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
   (Texas Bar No. 24037403)
   *jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
   (Texas Bar No. 24069354)
   *jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone:    (214) 953-6500
Facsimile:     (214) 953-6503

**ATTORNEYS FOR DEFENDANT TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on July 28, 2015.

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl