**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 6:15-cv-00041 (LEAD CASE) |
| v. | ) ) | |
| ALCATEL-LUCENT USA, INC. ET AL | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Sprint Spectrum, L.P., by and through its counsel, hereby discloses that:

Defendant Sprint Spectrum L.P. is a wholly-owned subsidiary of Sprint Corporation, a publicly-traded corporation. More than 10% of Sprint Corporation's stock is owned by SoftBank Corporation, also a publicly-traded corporation.

Dated:  July 28, 2015          Respectfully submitted by:

                                       */s/  Douglas M. Kubehl*
                                       Douglas M. Kubehl
                                          (Texas Bar No. 00796909)
                                           *doug.kubehl@bakerbotts.com*
                                       Jonathan B. Rubenstein
                                           (Texas Bar No. 24037403)
                                           *jonathan.rubenstein@bakerbotts.com*
                                       Jeffery S. Becker
                                           (Texas Bar No. 24069354)
                                           *jeff.becker@bakerbotts.com*
                                       **BAKER BOTTS L.L.P.**
                                       2001 Ross Avenue
                                       Dallas, Texas 75201
                                       Telephone:    (214) 953-6500
                                       Facsimile:      (214) 953-6503

                                       **ATTORNEYS FOR DEFENDANT**
                                       **SPRINT SPECTRUM L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on July 28, 2015.

                                       */s/ Douglas M. Kubehl*
                                       Douglas M. Kubehl