**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 6:15-cv-00041 (LEAD CASE)** |
| **v.** | ) | |
| **ALCATEL-LUCENT USA, INC. ET AL** | ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon"), by and through its counsel, hereby discloses that:

Verizon Communications Inc. is a publicly held company that indirectly owns 10% or more of Verizon.

Dated: July 28, 2015

Respectfully submitted by:

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl
(Texas Bar No. 00796909)
*doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
(Texas Bar No. 24037403)
*jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
(Texas Bar No. 24069354)
*jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on July 28, 2015.

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl