**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 6:15-cv-00041** |
| | ) | **(LEAD CASE)** |
| **v.** | ) | |
| | ) | |
| **ALCATEL-LUCENT USA, INC. ET AL** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

## JURY DEMAND

Pursuant to Local Rule CV-38(a), Defendants Ericsson Inc., Telefonaktiebolaget LM Ericsson, Cellco Partnership d/b/a Verizon Wireless and Sprint Spectrum L.P. (collectively "Defendants"), respectfully demands a trial by jury on all issues so triable.

Dated:  July 27, 2015

Respectfully submitted by:

*/s/  Douglas M. Kubehl*
Douglas M. Kubehl
   (Texas Bar No. 00796909)
   *doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
   (Texas Bar No. 24037403)
   *jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
   (Texas Bar No. 24069354)
*jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone:   (214) 953-6500
Facsimile:   (214) 953-6503

**ATTORNEYS FOR DEFENDANTS
ERICSSON INC., TELEFONAKTIEBOLAGET
LM ERICSSON,  CELLCO PARTNERSHIP
D/B/A VERIZON WIRELESS AND SPRINT
SPECTRUM, L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on July 27, 2015.

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl