# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION NO. 6:15-CV-00041 |
| | § | |
| V. | § | CONSOLIDATED LEAD CASE |
| | § | |
| ALCATEL-LUCENT USA, INC. et al | § | |
| | § | |
| DEFENDANTS. | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's July 27, 2015 Scheduling Order (Dkt. 40), Plaintiff Adaptix, Inc., submits this Certificate of Interested Parties. The following, to the best of Plaintiff's knowledge, might be financially interested in the outcome of one or more of these litigations:

**Interested in all Consolidated Cases:**

Adaptix, Inc. has a financial interest in the outcome of each of the consolidated cases as the owner of the patents-in-suit with the right to prosecute, and receive, all damages, royalties, awards and compensation for past, present, and/or future infringement.

Acacia Research Group LLC has a financial interest in the outcome of each of the consolidated cases as the parent company of Adaptix, Inc.

Acacia Research Corporation, a publicly-owned company, has a financial interest in the outcome of each of the consolidated cases as the parent company of Acacia Research Group LLC.

Hayes Messina Gilman & Hayes LLC has a financial interest in the outcome of each of the consolidated cases by virtue of a contract for attorney's fees.

06092646

Tadlock Law Firm PLLC has a financial interest in the outcome of each of the consolidated cases by virtue of a contract for attorney's fees.

**Interested in Only -043, -044, -045 Cases:**

Nokia Networks, f/k/a Nokia Siemens Networks, a wholly owned subsidiary of Nokia Corporation, has a financial interest in the subject matter of Case Nos. 6:15-cv-00043, 6:15-cv-00044, and 6:15-cv-00045.

**Interested in Only -042 Case:**

Samsung Electronics Co., Ltd., a publicly traded company, has a financial interest in the subject matter of Case No. 6:15-cv-00042.

Date: August 11, 2015       Respectfully submitted,

By: /s/ Paul J. Hayes
Paul J. Hayes
Kevin Gannon
**HAYES MESSINA**
**GILMAN & HAYES, LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (978) 809-3850
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF ADAPTIX, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 11th day of August, 2015.

                                             */s/ Paul J. Hayes*
                                             Paul J. Hayes