# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., | |
| **Plaintiff,** | JURY TRIAL DEMANDED |
| v. | **CASE NO. 6:15-cv-41-RWS** |
| ALCATEL-LUCENT USA, INC., *et al.*, | **LEAD CONSOLIDATED CASE** |
| **Defendants.** | |
| | |
| ADAPTIX, INC., | |
| **Plaintiff,** | JURY TRIAL DEMANDED |
| v. | |
| AT&T MOBILITY LLC, | **CASE NO. 6:15-cv-43-RWS** |
| **Defendant.** | |

## DEFENDANT AT&T MOBILITY LLC'S
## CERTIFICATION OF INTERESTED ENTITIES

Defendant AT&T Mobility LLC certifies that the following listed persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation are:

1. SBC Long Distance, LLC – Delaware limited liability company.
   Principal Place of Business: 208 Akard Street, Dallas, TX 75202.
   Sole Member: SBC Telecom, Inc., a Delaware corporation.
   Principal Place of Business: 208 S. Akard Street, Dallas, TX.

2. SBC Telecom, Inc. – Delaware corporation.
   Principal Place of Business: 208 S. Akard Street, Dallas, TX.

3. BellSouth Mobile Data, Inc. – Georgia corporation.
   Principal Place of Business: 1025 Lenox Park Blvd NE, Atlanta, GA 30319.

None of the companies listed above is a publicly traded company. All of the companies listed above are subsidiaries of <u>AT&T Inc.</u>  AT&T Inc. is a publicly traded company, and there is no one person or group that owns 10% or more of the stock of AT&T Inc..

Dated: August 11, 2015

Respectfully submitted,

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl, Lead Attorney
Kurt M. Pankratz
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Tele:  (214) 953-6500
douglas.kubehl@bakerbotts.com
kurt.pankratz@bakerbotts.com

Jennifer C. Tempesta
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tele:  (212) 408-2500
jennifer.tempesta@bakerbotts.com

*Attorneys for Defendant AT&T Mobility LLC in Case No. 6:15-cv-43*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 11, 2015.

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl