UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ALCATEL-LUCENT USA, INC.,** *et al.*,<br><br>    **Defendants.** | JURY TRIAL DEMANDED<br><br>**CASE NO. 6:15-cv-41-RWS**<br>**LEAD CONSOLIDATED CASE** |
| **ADAPTIX, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ERICSSON INC.,** *et al.*,<br><br>    **Defendants.** | JURY TRIAL DEMANDED<br><br>CASE NO. 6:15-cv-00042 |

**DEFENDANT ERICSSON INC.'S**
**CERTIFICATION OF INTERESTED ENTITIES**

Defendant Ericsson Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation are:

1. Ericsson Inc. – Delaware corporation.

2. Ericsson Holding II Inc. – Delaware corporation.

3. Telefonaktiebolaget LM Ericsson – Swedish corporation.
   Telefonaktiebolaget LM Ericsson is publicly held and trades in the United States through American Depository receipts under the name LM Ericsson Telephone Company.

1

Dated: August 11, 2015  Respectfully submitted by:

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl
 (Texas Bar No. 00796909)
 *doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
 (Texas Bar No. 24037403)
 *jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
 (Texas Bar No. 24069354)
 *jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  (214) 953-6500
Facsimile:  (214) 953-6503

**ATTORNEYS FOR DEFENDANT ERICSSON INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on August 11, 2015.

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl

2