UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**ALCATEL-LUCENT USA, INC.,** *et al.*,<br><br>    **Defendants.** | JURY TRIAL DEMANDED<br><br>**CASE NO. 6:15-cv-41-RWS**<br>**LEAD CONSOLIDATED CASE** |
| **ADAPTIX, INC.,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**ERICSSON INC.,** *et al.*,<br><br>    **Defendants.** | JURY TRIAL DEMANDED<br><br>CASE NO. 6:15-cv-00042 |

**DEFENDANT SPRINT SPECTRUM, L.P.'S**
**CERTIFICATION OF INTERESTED ENTITIES**

Defendant Sprint Spectrum, L.P. certifies that the following listed persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation are:

1. Sprint Spectrum, L.P.

2. Sprint Corporation.
   Sprint Corporation is a publicly-traded corporation of which defendant Sprint Spectrum, L.P. is a wholly-owned subsidiary.

3. SoftBank Corporation.
   SoftBank Corporation is a publicly-traded company that owns 10% or more of Sprint Corporation's stock.

Dated: August 11, 2015　　　　　　　　　　Respectfully submitted by:

　　　　　　　　　　　　　　　　　　　　　　*/s/ Douglas M. Kubehl*
　　　　　　　　　　　　　　　　　　　　　　Douglas M. Kubehl
　　　　　　　　　　　　　　　　　　　　　　　(Texas Bar No. 00796909)
　　　　　　　　　　　　　　　　　　　　　　　*doug.kubehl@bakerbotts.com*
　　　　　　　　　　　　　　　　　　　　　　Jonathan B. Rubenstein
　　　　　　　　　　　　　　　　　　　　　　　(Texas Bar No. 24037403)
　　　　　　　　　　　　　　　　　　　　　　　*jonathan.rubenstein@bakerbotts.com*
　　　　　　　　　　　　　　　　　　　　　　Jeffery S. Becker
　　　　　　　　　　　　　　　　　　　　　　　(Texas Bar No. 24069354)
　　　　　　　　　　　　　　　　　　　　　　　*jeff.becker@bakerbotts.com*
　　　　　　　　　　　　　　　　　　　　　　**BAKER BOTTS L.L.P.**
　　　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(214) 953-6500
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(214) 953-6503

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　　　**SPRINT SPECTRUM L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on August 11, 2015.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Douglas M. Kubehl*
　　　　　　　　　　　　　　　　　　　　　　Douglas M. Kubehl