UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>    **Plaintiff,**<br><br>v.<br><br>ALCATEL-LUCENT USA, INC., *et al.*,<br><br>    **Defendants.** | JURY TRIAL DEMANDED<br><br>**CASE NO. 6:15-cv-41-RWS**<br>**LEAD CONSOLIDATED CASE** |
| ADAPTIX, INC.,<br><br>    **Plaintiff,**<br><br>v.<br><br>ERICSSON INC., *et al.*,<br><br>    **Defendants.** | JURY TRIAL DEMANDED<br><br>**CASE NO. 6:15-cv-00042** |

**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S
<u>CERTIFICATION OF INTERESTED ENTITIES</u>**

Defendant Cellco Partnership d/b/a Verizon Wireless certifies that the following listed persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation are:

1. Cellco Partnership d/b/a Verizon Wireless.

2. <u>Verizon Communications Inc.</u>
   Verizon Communications Inc. is a publicly held company that indirectly owns 10% or more of Cellco Partnership d/b/a Verizon Wireless.

1

Dated:  August 11, 2015

Respectfully submitted by:

*/s/  Douglas M. Kubehl*  
Douglas M. Kubehl  
   (Texas Bar No. 00796909)  
   *doug.kubehl@bakerbotts.com*  
Jonathan B. Rubenstein  
   (Texas Bar No. 24037403)  
   *jonathan.rubenstein@bakerbotts.com*  
Jeffery S. Becker  
   (Texas Bar No. 24069354)  
   *jeff.becker@bakerbotts.com*  
**BAKER BOTTS L.L.P.**  
2001 Ross Avenue  
Dallas, Texas 75201  
Telephone:    (214) 953-6500  
Facsimile:    (214) 953-6503

**ATTORNEYS FOR DEFENDANT  
CELLCO PARTNERSHIP D/B/A  
VERIZON WIRELESS**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on August 11, 2015.

*/s/ Douglas M. Kubehl*  
Douglas M. Kubehl