**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| | § | |
| v. | § | **CASE NO. 6:15-cv-00041** |
| | § | **LEAD CASE** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § | |

# DEFENDANT ALCATEL-LUCENT USA, INC.'S CERTIFICATION OF INTERESTED ENTITIES

Defendant Alcatel-Lucent USA, Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation are:

1. Alcatel-Lucent USA, Inc.

2. Alcatel Lucent S.A.
Alcatel Lucent S.A. is a publicly-traded corporation of which defendant Alcatel-Lucent USA, Inc. is an indirectly wholly-owned subsidiary.

Dated: August 13, 2015

Respectfully submitted,

By: */s/ David A. Nelson*

David A. Nelson
Stephen A. Swedlow
Brianne M. Straka
Marc L. Kaplan
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones (SBN 10929400)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311

*Attorneys for Defendants Alcatel-Lucent USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 13, 2015.

*/s/ David A. Nelson*
David A. Nelson