## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> *Plaintiff* <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., et al. <br><br> *Defendants*. | Civil Action No. 6:15-cv-00041-RWS-JDL <br><br> **LEAD CASE** <br><br> JURY TRIAL DEMANDED |

### ORDER

Before the Court is the parties' Joint Motion for Continuance of the Scheduling Conference and the Related Deadlines to File Proposed Foundational Orders and to Comply with P.R. 3-1. The Court, having considered the Motion, hereby GRANTS the Motion and finds that the scheduling/status conference shall be rescheduled to September 23, 2015 at 10:00 a.m., and the Discovery Order, Docket Control Order, ESI Order, Protective Order, and Phase Limits Order are due to be filed by 9:00 a.m. 2 days before the scheduling/status conference, and Plaintiff shall comply with P.R. 3-1 not later than 10 days before the scheduling/status conference.

**So ORDERED and SIGNED this 24th day of August, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE