IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>vs.<br><br>ALCATEL-LUCENT USA, INC., et al. | §<br>§   Civil Action No. 6:15-cv-41-RWS-JDL<br>§       LEAD CASE<br>§<br>§   JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

Defendants Ericsson, Inc., Telefonaktiebolaget LM Ericsson, Sprint Spectrum L.P., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants") file this Notice of Appearance, and hereby notify the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for Defendants in the above-referenced matters.

Dated:  August 31, 2015               Respectfully submitted,

                                      */s/ Jennifer Parker Ainsworth*
                                      Jennifer Parker Ainsworth
                                      (Texas Bar No. 00784720)
                                      *jainsworth@wilsonlawfirm.com*
                                      WILSON, ROBERTSON & CORNELIUS, P.C.
                                      909 ESE Loop 323, Suite 400
                                      P.O. Box 7339 [75711]
                                      Tyler, Texas 75701
                                      Telephone: (903) 509-5000
                                      Facsimile: (903) 509-5092

Douglas M. Kubehl
(Texas Bar No. 00796909)
*doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
(Texas Bar No. 24037403)
*jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
(Texas Bar No. 24069354)
*jeff.becker@bakerbotts.com*
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

ATTORNEYS FOR DEFENDANTS
ERICSSON, INC.,
TELEFONAKTIEBOLAGET LM ERICSSON,
SPRINT SPECTRUM L.P., and
CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 31st day of August, 2015.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth
