**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,** § | |
| § | |
| *Plaintiff*, § | |
| § | **CASE NO. 6:15-cv-41 [RWS-JDL]** |
| v. § | **LEAD CONSOLIDATED CASE** |
| § | |
| **ALCATEL-LUCENT USA, INC.,** ET AL. § | **JURY TRIAL DEMANDED** |
| § | |
| *Defendants*. § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants Alcatel-Lucent USA, Inc., AT&T Mobility, LLC, Cellco Partnership d/b/a Verizon Wireless, and Sprint Spectrum, L.P. file this Notice of Appearance as Counsel and hereby notify the Court that Daniel A. Noteware, Jr. of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants Alcatel-Lucent USA, Inc., AT&T Mobility, LLC, Cellco Partnership d/b/a Verizon Wireless, and Sprint Spectrum, L.P. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: September 16, 2015

        Respectfully submitted,

        By: */s/ Daniel A. Noteware, Jr.*
           Daniel A. Noteware, Jr.
           State Bar No. 24051123
           dannynoteware@potterminton.com
           POTTER MINTON
           A Professional Corporation
           110 N. College, Suite 500
           Tyler, Texas  75702
           903 597 8311
           903 593 0846 (Facsimile)

        **ATTORNEY FOR DEFENDANTS**
        **ALCATEL-LUCENT USA, INC.,**
        **AT&T MOBILITY, LLC,**
        **CELLCO PARTNERSHIP** D/B/A

**VERIZON WIRELESS, and
SPRINT SPECTRUM, LP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 16, 2015.

                                                */s/ Daniel A. Noteware, Jr.*
                                                DANIEL A. NOTEWARE, JR.