**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> *Plaintiff* <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., et al. <br><br> *Defendants.* | Civil Action No. 6:15-cv-00041-RWS-JDL <br><br> **LEAD CASE** <br><br> JURY TRIAL DEMANDED |

## <u>NOTICE OF SUBMISSION OF AGREED MEDIATOR</u>

Plaintiff Adaptix, Inc. ("Plaintiff"), and Defendants Alcatel-Lucent USA, Inc., Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson"), AT&T Mobility, LLC, Sprint Spectrum, L.P., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants") jointly submit by agreement Harlan Martin as the mediator for Case Nos. 6:15-cv-41 and -604, and David Folsom as the mediator for Case Nos. 6:15-cv-42, -43, -44, and -45.

Agreed mediators:    Harlan Martin
JAMS
8401 North Central Expressway
Suite 610
Dallas, TX 75225
Telephone: 214-891-4523

David Folsom
Jackson Walker, L.L.P.
6002 Summerfield Drive
Suite B
Texarkana, TX 75503
Telephone: 903-255-3251

Dated: September 21, 2015        Respectfully submitted,

*Attorneys for Defendant AT&T Mobility LLC*

By:    */s/ Jennifer C. Tempesta*
        Douglas M. Kubehl
           E-mail:  doug.kubehl@bakerbotts.com
        Kurt M. Pankratz
           E-mail:  kurt.pankratz@bakerbotts.com
        **BAKER BOTTS L.L.P.**
        2001 Ross Avenue
        Dallas, Texas  75201
        Telephone: (214) 953-6500
        Facsimile:  (214) 953-6503

        Jennifer C. Tempesta
           E-mail: jennifer.tempesta@bakerbotts.com
        **BAKER BOTTS L.L.P.**
        30 Rockefeller Plaza
        New York, New York 10112-4498
        Telephone: (212) 408-2500
        Facsimile:  (212) 408-2501

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*
By: */s/ Geoffrey M. Godfrey*

        Mark D. Flanagan
        Robert M. Galvin
        Geoffrey M. Godfrey
        Cortney C. Hoecherl
        S. Dennis Wang
        **WILMER CUTLER PICKERING HALE AND DORR LLP**
        950 Page Mill Road
        Palo Alto, CA 94304
        Phone: (650) 858-6000
        Fax: (650) 858-6100

        Michael E. Jones (SBN 10929400)
        John F. Bufe (SBN 3316930)
        Allen F. Gardner (SBN 24043679)
        **POTTER MINTON P.C.**
        110 North College, Suite 500
        Tyler, TX 75710
        Phone: (903) 597-8311

*Attorneys for Defendants Alcatel-Lucent USA, Inc. and AT&T Mobility LLC*
By:  */s/ David A. Nelson*

David A. Nelson
Stephen A. Swedlow
Brianne M. Straka
Marc L. Kaplan
Quinn Emanuel Urquhart & Sullivan LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
**POTTER MINTON, P.C.**
 110 N. College, Suite 500
 Tyler, Texas 75702


*Attorneys    for    Defendants    Ericsson    Inc., Telefonaktiebolaget LM Ericsson, Cellco Partnership d/b/a Verizon Wireless, and Sprint Spectrum, L.P.*
By:  */s/ Jeffery S. Becker*

Douglas M. Kubehl
    *doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
    *jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
    *jeff.becker@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503


*Attorneys for Defendants Sprint Spectrum, L.P.*
/s/ Mark W. McGrory
Mark W. McGrory     *(pro hac vice)*
Adam P. Seitz


6201 College Blvd., Suite 300
Overland Park, KS 66211
Telephone: 913.777.5600
Facsimile: 913.777.5601

ERISE IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
Telephone: 913.777.5600
Facsimile: 913.777.5601
Email: mark.mcgrory@eriseip.com
Email: adam.seitz@eriseip.com

Paul R. Hart
ERISE IP, P.A.
5600 Greenwood Plaza Blvd
Suite 200
Greenwood Village, CO 80111
Telephone: 913.777.5600
Facsimile: 913.777.5601
Email: paul.hart@eriseip.com

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
Daniel A. Noteware, Jr.
State Bar No. 24051123
**POTTER MINTON, P.C.**
**110 N. College, Suite 500**
**Tyler**, Texas 75702

*Attorneys for ADAPTIX, INC.*

/s/ Paul J. Hayes
_____

Paul J. Hayes
James J. Foster
Kevin Gannon (*pro hac vice*)
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: jfoster@hayesmessina.com
Email: kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 21, 2015.

*/s/ Paul J. Hayes*
Paul J. Hayes