**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br> v. <br> ALCATEL-LUCENT USA, INC., ET AL. | § <br> § <br> § Civil Action No. 6:15-CV-00041 <br> § <br> § (Consolidated Lead Case) <br> § |

**<u>ADAPTIX NOTICE DECLINING TRACK B INITIAL PATENT CASE MANAGEMENT</u>**

Pursuant to General Order 14-03 of the United States District Court for the Eastern District of Texas and this Court's Standing Order Regarding Track B Initial Patent Case Management, Plaintiff, Adaptix, Inc., believes this dispute is better suited for disposition under Track A patent case management, and therefore declines the option to elect Track B patent case management

Dated: September 21, 2015        **ADAPTIX, INC.**

By: */s/ Paul J. Hayes*
Paul J. Hayes
Kevin Gannon (*pro hac vice*)
**HAYES MESSINA GILMAN & HAYES, LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 439-4200
Fax: (617) 443-1999
phayes@hayesmessina.com
kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone: (903) 730-6789
Email: craig@tadlocklawfirm.com

ATTORNEYS FOR ADAPTIX, INC.

## **CERTIFICATE OF SERVICE**

  The undersigned counsel hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 21, 2015.

                */s/ Kevin Gannon*