# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ALCATEL-LUCENT USA, INC., ET AL.**<br><br>**Defendants.** | Civil Action No. 6:15-cv-00041-RWS-JDL<br><br>**LEAD CASE**<br>JURY TRIAL DEMANDED |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7. This motion is opposed. The parties met and conferred on September 16, 2015 and September 18, 2015. The conferences were attended by Jennifer Tempesta on behalf of AT&T Mobility and at least one attorney on behalf of each other Defendant, and James Foster and Kevin Gannon on behalf of Plaintiff. During this conference, counsel for Defendants and Plaintiff attempted to resolve all disputes before the filing of this motion. However, no agreement could be reached. Discussions have conclusively ended in an impasse, leaving an open issue for the Court to resolve.

                                                                                                         */s/ Jennifer C. Tempesta*