# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § § | |
| v. | § § | Civil Action No. 6:15-cv-041-RWS-JDL<br>LEAD CONSOLIDATED CASE |
| ALCATEL-LUCENT USA, INC., *et al.* | § | |
| ERICSSON, INC.,<br>TELEFONAKTIEBOLAGET LM<br>ERICSSON,<br>CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS, and<br>SPRINT SPECTRUM L.P. | § § § § § § § | No. 6:15-cv-042-RWS-JDL |
| AT&T MOBILITY, LLC | § § | No. 6:15-cv-043-RWS-JDL |
| SPRINT SPECTRUM, L.P. | § § | No. 6:15-cv-044-RWS-JDL |
| CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS | § § § | No. 6:15-cv-045-RWS-JDL |
| ALCATEL-LUCENT USA, INC. and<br>CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS | § § § § | No. 6:15-cv-604-RWS-JDL |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE
## FOR SUBMISSION OF AGREED PROTECTIVE ORDER

Before the Court is the Parties' Joint Motion for Extension of Deadline for Submission of Agreed Protective Order.

After consideration, the Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that the Parties shall have until and through September 22, 2015 to submit their Proposed Protective Order. It is FURTHER ORDERED that the parties shall be required to attend the scheduling conference.

**So ORDERED and SIGNED this 21st day of September, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE