**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:15-CV-00041** |
| | § | **(Lead Consolidated Case)** |
| **ALCATEL-LUCENT USA, INC.,** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## OPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to the Court's Orders and the scheduling order in this case, the parties have met and conferred at length regarding a Protective Order for this case.  The parties agree to and move for the entry of a Protective Order; however, certain provisions remain in dispute regarding the Protective Order.  A copy of the proposed Protective Order with the Parties' positions is attached hereto as Exhibit A.

Dated: September 22, 2015

Respectfully submitted,

**ADAPTIX, INC.**

By: */s/ Paul J. Hayes*
Paul J. Hayes
Kevin Gannon (*pro hac vice*)
Jonathan R. DeBlois (*pro hac vice*)
**HAYES MESSINA GILMAN & HAYES, LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 439-4200
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: kgannon@hayesmessina.com
Email: jdeblois@hayesmessina.com


Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Tel:  (903) 730-6789
Email: craig@tadlocklawfirm.com


**ATTORNEYS FOR ADAPTIX, INC.**

Dated:  September 22, 2015                  Respectfully submitted,

*Attorneys for Defendant AT&T Mobility LLC*
By:     */s/ Jennifer C. Tempesta*
        Douglas M. Kubehl
          E-mail:   doug.kubehl@bakerbotts.com
        Kurt M. Pankratz
          E-mail:  kurt.pankratz@bakerbotts.com
        **BAKER BOTTS L.L.P.**
        2001 Ross Avenue
        Dallas, Texas  75201
        Telephone: (214) 953-6500
        Facsimile:  (214) 953-6503

        Jennifer C. Tempesta
          E-mail: jennifer.tempesta@bakerbotts.com
        **BAKER BOTTS L.L.P.**
        30 Rockefeller Plaza
        New York, New York 10112-4498
        Telephone: (212) 408-2500
        Facsimile:  (212) 408-2501

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*
By:  */s/ Geoffrey M. Godfrey*
        Mark D. Flanagan
        Robert M. Galvin
        Geoffrey M. Godfrey
        Cortney C. Hoecherl
        S. Dennis Wang
        **WILMER CUTLER PICKERING HALE AND DORR LLP**
        950 Page Mill Road
        Palo Alto, CA 94304
        Phone: (650) 858-6000
        Fax: (650) 858-6100

        Michael E. Jones (SBN 10929400)
        John F. Bufe (SBN 3316930)
        Allen F. Gardner (SBN 24043679)
        **POTTER MINTON P.C.**
        110 North College, Suite 500
        Tyler, TX 75710
        Phone: (903) 597-8311

*Attorneys for Defendants Alcatel-Lucent USA, Inc. and AT&T Mobility LLC*
By: */s/ David A. Nelson*

David A. Nelson
Stephen A. Swedlow
Brianne M. Straka
Marc L. Kaplan
Quinn Emanuel Urquhart & Sullivan LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702

*Attorneys for Defendants Ericsson Inc., Telefonaktiebolaget LM Ericsson, Cellco Partnership d/b/a Verizon Wireless, and Sprint Spectrum, L.P.*
By: */s/ Jeffery S. Becker*

Douglas M. Kubehl
   doug.kubehl@bakerbotts.com
Jonathan B. Rubenstein
   jonathan.rubenstein@bakerbotts.com
Jeffery S. Becker
   jeff.becker@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

*Attorneys for Defendants Sprint Spectrum, L.P.*
/s/ Mark W. McGrory
Mark W. McGrory     *(pro hac vice)*
Adam P. Seitz

6201 College Blvd., Suite 300
Overland Park, KS 66211
Telephone: 913.777.5600
Facsimile: 913.777.5601

ERISE IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
Telephone: 913.777.5600
Facsimile: 913.777.5601
Email: mark.mcgrory@eriseip.com
Email: adam.seitz@eriseip.com

Paul R. Hart
ERISE IP, P.A.
5600 Greenwood Plaza Blvd
Suite 200
Greenwood Village, CO 80111
Telephone: 913.777.5600
Facsimile: 913.777.5601
Email: paul.hart@eriseip.com

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
Daniel A. Noteware, Jr.
State Bar No. 24051123
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 22nd day of September, 2015.

*/s/ Jennifer C. Tempesta*
Jennifer C. Tempesta

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties have met and conferred at length regarding a Protective Order for this case.  The parties agree to and move for the entry of a Protective Order; however, certain sections remain in dispute between the parties regarding certain terms of the Protective Order.  As a result, this is an opposed motion.

*/s/ Jennifer C. Tempesta*
Jennifer C. Tempesta