# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| Plaintiff, | § | Civil Action No. 6:15-CV-41-RWS-JDL |
| v. | § | |
| ALCATEL-LUCENT USA, INC., *et al.*, | § | JURY TRIAL DEMANDED |
| Defendants, | § | |
| ADAPTIX, INC., | § | |
| Plaintiff, | § | Civil Action No. 6:15-CV-42-RWS-JDL |
| v. | § | |
| ERICSSON, INC., *et al.*, | § | JURY TRIAL DEMANDED |
| Defendants, | § | |
| ADAPTIX, INC., | § | |
| Plaintiff, | § | Civil Action No. 6:15-CV-604-RWS |
| v. | § | |
| ALCATEL-LUCENT USA, INC., *et al.*, | § | JURY TRIAL DEMANDED |
| Defendants, | § | |

### BARRY J. BUMGARDNER'S NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF ADAPTIX, INC.

COMES NOW Plaintiff and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Barry J. Bumgardner, State Bar No. 00793424, of Nelson Bumgardner, P.C., 3131 West 7th Street, Suite 300, Fort Worth, Texas, 76107, will be appearing as an attorney of record on Plaintiff's behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ Barry J. Bumgardner_____
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Anthony K. Bruster, Of Counsel
Texas State Bar No. 24036280
akb@emafirm.com
Andrew J. Wright, Of Counsel
Texas State Bar No. 24063927
ajw@emafirm.com
**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd. Suite 100
Southlake, Texas 76092
Telephone:  (817) 251-0610
Facsimile:  (903) 758-7397

Edward R. Nelson, III
ed@nelbum.com
Texas State Bar No. 00797142
Brent N. Bumgardner
brent@nelbum.com
Texas State Bar No. 00795272
Barry J. Bumgardner
barry@nelbum.com
Texas State Bar No. 00793424
Meredith Fitzpatrick
Texas State Bar No. 24059753
meredith@nelbum.com
**NELSON BUMGARDNER , P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of December, 2015, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Barry J. Bumgardner
Barry J. Bumgardner