# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-41-RWS-JDL** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | |
| *Defendants*, | § § | **(LEAD CASE)** |
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-42-RWS-JDL** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ERICSSON, INC.,** *et al.*, | § § | |
| *Defendants*, | § § | **(CONSOLIDATED CASE)** |
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-604-RWS** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | |
| *Defendants*, | § § | **(CONSOLIDATED CASE)** |

### PLAINTIFF ADAPTIX, INC.'S NOTICE OF APPEARANCE
### FOR SHAWN A. LATCHFORD

Adaptix, Inc., plaintiff in the above-entitled and numbered civil actions, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Anthony K. Bruster, Of Counsel
Texas State Bar No. 24036280
akb@emafirm.com
Andrew J. Wright, Of Counsel
Texas State Bar No. 24063927
ajw@emafirm.com
**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd. Suite 100
Southlake, Texas 76092
Telephone:  (817) 251-0610
Facsimile:  (903) 758-7397

Edward R. Nelson, III
Texas State Bar No. 00797142
ed@nelbum.com
Brent N. Bumgardner
Texas State Bar No. 00795272
brent@nelbum.com
Barry J. Bumgardner
Texas State Bar No. 00793424
barry@nelbum.com

Meredith Fitzpatrick
Texas State Bar No. 24059753
meredith@nelbum.com
**NELSON BUMGARDNER ,P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

*Counsel for Adaptix, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 6th day of January 2016.

_____
Shawn A. Latchford