# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-41-RWS-JDL** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | |
| *Defendants,* | § § | **(LEAD CASE)** |
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-42-RWS-JDL** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ERICSSON, INC.,** *et al.*, | § § | |
| *Defendants,* | § § | **(CONSOLIDATED CASE)** |
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-604-RWS** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | |
| *Defendants,* | § § | **(CONSOLIDATED CASE)** |

**PLAINTIFF ADAPTIX, INC.'S NOTICE OF APPEARANCE
FOR ANDREW J. WRIGHT**

Adaptix, Inc., plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person is appearing as counsel of record in addition to those who have already appeared.

Andrew J. Wright, Of Counsel
Texas State Bar No. 24063927
ajw@emafirm.com
**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd. Suite 100
Southlake, Texas 76092
Telephone:  (817) 251-0610
Facsimile:  (903) 758-7397

        Respectfully submitted,

        Eric M. Albritton
        Texas State Bar No. 00790215
        ema@emafirm.com
        Shawn A. Latchford
        Texas State Bar No. 24066603
        sal@emafirm.com
        **ALBRITTON LAW FIRM**
        P.O. Box 2649
        Longview, Texas 75606
        Telephone:  (903) 757-8449
        Facsimile:  (903) 758-7397

        Anthony K. Bruster, Of Counsel
        Texas State Bar No. 24036280
        akb@emafirm.com
        Andrew J. Wright, Of Counsel
        Texas State Bar No. 24063927
        ajw@emafirm.com
        **ALBRITTON LAW FIRM**
        1330 North White Chapel Blvd. Suite 100
        Southlake, Texas 76092
        Telephone:  (817) 251-0610
        Facsimile:  (903) 758-7397

        Edward R. Nelson, III
        Texas State Bar No. 00797142
        ed@nelbum.com
        Brent N. Bumgardner
        Texas State Bar No. 00795272
        brent@nelbum.com
        Barry J. Bumgardner
        Texas State Bar No. 00793424
        barry@nelbum.com

Meredith Fitzpatrick
Texas State Bar No. 24059753
meredith@nelbum.com
**NELSON BUMGARDNER ,P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

*Counsel for Adaptix, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 6th day of January 2016.

Andrew J. Wright