**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., AT&T MOBILITY, LLC, and SPRINT SPECTRUM, L.P., <br><br> Defendants. | Civil Action 6:15-cv-41 (LEAD CASE) <br><br> **JURY TRIAL DEMANDED** |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and SPRINT SPECTRUM L.P., <br><br> Defendants. | Civil Action 6:15-cv-42 <br><br> **JURY TRIAL DEMANDED** |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants. | Civil Action 6:15-cv-604 <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4

Pursuant to the Court's First Amended Docket Order, Alcatel-Lucent USA Inc., AT&T Mobility LLC, Sprint Spectrum, L.P., Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc., and Telefonaktiebolaget LM Ericsson (collectively "Defendants")  hereby provide notice that they served their Invalidity Contentions  and associated document productions by email to Plaintiffs' counsel on January 8, 2016.

DATED: January 8, 2016            By:   /s/ Brianne M. Straka
                                        Michael E. Jones
                                        POTTER MINTON PC
                                        110 North College, Suite 500
                                        PO Box 359
                                        Tyler, Texas 75710-0359
                                        Telephone: (903) 597-8311
                                        Fax: (903) 593-0846

                                        David A. Nelson
                                        davenelson@quinnemanuel.com
                                        Stephen A. Swedlow
                                        stephenswedlow@quinnemanuel.com
                                        Brianne M. Straka
                                        briannestraka@quinnemanuel.com
                                        Marc L. Kaplan
                                        marckaplan@quinnemanuel.com
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN
                                        500 West Madison
                                        Suite 2450
                                        Chicago, Illinois 60661
                                        Telephone: (312) 705-7400
                                        Fax: (312) 705-7499

                                        **ATTORNEYS FOR ALCATEL-LUCENT USA, INC. AND AT&T MOBILITY, LLC**

By */s/ Jeffery S. Becker*
Douglas M. Kubehl
   (Texas Bar No. 00796909)
*doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
   (Texas Bar No. 24037403)
*jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
   (Texas Bar No. 24069354)
*jeff.becker@bakerbotts.com*
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503
**ATTORNEYS FOR DEFENDANT ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AND SPRINT SPECTRUM L.P.**


By */s/ Geoffrey M. Godfrey*
Mark D. Flanagan
  mark.flanagan@wilmerhale.com
Robert M. Galvin
  robert.galvin@wilmerhale.com
Geoffrey M. Godfrey
  geoff.godfrey@wilmerhale.com
Cortney C. Hoecherl
  cortney.hoecherl@wilmerhale.com
S. Dennis Wang
  dennis.wang@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:(650) 858-6000
Facsimile: (650) 858-6100

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON, P.C.
110 N. College, Suite 500

3

Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**

By   */s/ Mark W. McGrory*
Mark W. McGrory (*pro hac vice*)
ERISE IP
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax: 913-777-5601
Direct: 913-777-5643
Email: mark.mcgrory@eriseip.com

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON, P.C.
110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT SPRINT SPECTRUM L.P.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on January 8, 2016. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

   */s/ Brianne M. Straka*
   Brianne M. Straka