**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., AT&T MOBILITY, LLC, and SPRINT SPECTRUM, L.P., <br><br> Defendants. | Civil Action 6:15-cv-41 (LEAD CASE) <br><br> **JURY TRIAL DEMANDED** |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and SPRINT SPECTRUM L.P., <br><br> Defendants. | Civil Action 6:15-cv-42 <br><br> **JURY TRIAL DEMANDED** |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants. | Civil Action 6:15-cv-604 <br><br> **JURY TRIAL DEMANDED** |

## **DEFENDANTS' NOTICE OF COMPLIANCE REGARDING P.R. 4-1**

Pursuant to the Court's First Amended Docket Control Order, Alcatel-Lucent USA Inc., AT&T Mobility LLC, Sprint Spectrum, L.P., Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc., and Telefonaktiebolaget LM Ericsson (collectively "Defendants") hereby provide notice that they exchanged their Proposed Terms and Claim Elements for Construction by email to Plaintiffs' counsel on January 15, 2016.

DATED: January 15, 2016

By:  /s/ Brianne M. Straka
Michael E. Jones
POTTER MINTON PC
110 North College, Suite 500
PO Box 359
Tyler, Texas 75710-0359
Telephone: (903) 597-8311
Fax: (903) 593-0846

David A. Nelson
davenelson@quinnemanuel.com
Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Brianne M. Straka
briannestraka@quinnemanuel.com
Marc L. Kaplan
marckaplan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
500 West Madison
Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Fax: (312) 705-7499

**ATTORNEYS FOR ALCATEL-LUCENT USA, INC. AND AT&T MOBILITY, LLC**

By */s/ Jeffery S. Becker*
Douglas M. Kubehl
   (Texas Bar No. 00796909)
*doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
   (Texas Bar No. 24037403)
*jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
   (Texas Bar No. 24069354)
*jeff.becker@bakerbotts.com*
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503
**ATTORNEYS FOR DEFENDANT ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, SPRINT SPECTRUM L.P., AND AT&T MOBILITY, LLC**


By */s/ Geoffrey M. Godfrey*
Mark D. Flanagan
  mark.flanagan@wilmerhale.com
Robert M. Galvin
  robert.galvin@wilmerhale.com
Geoffrey M. Godfrey
  geoff.godfrey@wilmerhale.com
Cortney C. Hoecherl
  cortney.hoecherl@wilmerhale.com
S. Dennis Wang
  dennis.wang@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:(650) 858-6000
Facsimile: (650) 858-6100

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON, P.C.

110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**

By  */s/ Mark W. McGrory*
Mark W. McGrory (*pro hac vice*)
ERISE IP
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax: 913-777-5601
Direct: 913-777-5643
Email: mark.mcgrory@eriseip.com

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON, P.C.
110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT SPRINT SPECTRUM L.P.**

**CERTIFICATE OF SERVICE**

　　I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on January 15, 2016. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

　　　　　　　　　　　　　　　　　　　　*/s/ Brianne M. Straka*
　　　　　　　　　　　　　　　　　　　　Brianne M. Straka