# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-41-RWS-JDL** |
| *Plaintiff,* | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | **(LEAD CASE)** |
| *Defendants,* | § | |
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-42-RWS-JDL** |
| *Plaintiff,* | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ERICSSON, INC.,** *et al.*, | § § | **(CONSOLIDATED CASE)** |
| *Defendants,* | § | |
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-604-RWS** |
| *Plaintiff,* | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | **(CONSOLIDATED CASE)** |
| *Defendants,* | § | |

### PLAINTIFF ADAPTIX, INC.'S NOTICE OF APPEARANCE
### FOR EDWARD K. CHIN

Adaptix, Inc., plaintiff in the above-entitled and numbered civil actions, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

1

Edward K. Chin
Texas State Bar No. 50511688
ekc@emafirm.com
**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd. Suite 100
Southlake, Texas 76092
Telephone:  (817) 251-0610
Facsimile:  (903) 758-7397

    Respectfully submitted,

    /s/ Eric M. Albritton
    Eric M. Albritton
    Texas State Bar No. 00790215
    ema@emafirm.com
    Shawn A. Latchford
    Texas State Bar No. 24066603
    sal@emafirm.com
    **ALBRITTON LAW FIRM**
    P.O. Box 2649
    Longview, Texas 75606
    Telephone:  (903) 757-8449
    Facsimile:  (903) 758-7397

    Edward K. Chin
    Texas State Bar No. 50511688
    ekc@emafirm.com
    Anthony K. Bruster, Of Counsel
    Texas State Bar No. 24036280
    akb@emafirm.com
    Andrew J. Wright, Of Counsel
    Texas State Bar No. 24063927
    ajw@emafirm.com
    **ALBRITTON LAW FIRM**
    1330 North White Chapel Blvd. Suite 100
    Southlake, Texas 76092
    Telephone:  (817) 251-0610
    Facsimile:  (903) 758-7397

    Edward R. Nelson, III
    ed@nelbum.com
    Texas State Bar No. 00797142
    Brent N. Bumgardner
    brent@nelbum.com
    Texas State Bar No. 00795272

Barry J. Bumgardner
barry@nelbum.com
Texas State Bar No. 00793424
Meredith Fitzpatrick
meredithf@nelbum.com
Texas State Bar No. 24059753
**NELSON BUMGARDNER ,P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

*Counsel for Adaptix, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 18th day of January 2016.

_____
Edward K. Chin