# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-41-RWS-JDL** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § § | **(LEAD CASE)** |
| *Defendants*, | § | |
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-42-RWS-JDL** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ERICSSON, INC.,** *et al.*, | § § | **(CONSOLIDATED CASE)** |
| *Defendants*, | § § | |
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-604-RWS** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ALCATEL-LUCENT USA, INC.,** *et al.*, | § § | **(CONSOLIDATED CASE)** |
| *Defendants*, | § | |

# **ORDER**

Before this Court is Plaintiff, Adaptix, Inc.'s ("Adaptix"), Motion to Withdraw the attorneys of Hayes Messina Gilman & Hayes LLC ("HMGH") as counsel for Adaptix in the above-styled action. Having considered Adaptix's position, this Court is of the opinion that it has merit and should be GRANTED

**So ORDERED and SIGNED this 21st day of January, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE