**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § | |
| | § | |
| v. | § | **CASE NO. 6:15-cv-00041** |
| | § | **LEAD CASE** |
| **ALCATEL-LUCENT USA, INC., ET AL.** | § | |

# DEFENDANT ALCATEL-LUCENT USA, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Fed. R. Civ. P. 7.1 Defendant Alcatel-Lucent USA, Inc. makes the following disclosures:

Alcatel-Lucent USA Inc. is an indirect, wholly owned subsidiary of Alcatel Lucent S.A., a publicly traded company organized under the laws of France. Alcatel Lucent S.A. indirectly owns more than 10% of Alcatel-Lucent USA Inc.'s stock. Nokia Corp., a publicly traded company organized under the laws of Finland, now owns more than 10% of the stock of Alcatel Lucent S.A.

Respectfully submitted,

By: */s/ David A. Nelson*

David A. Nelson
Stephen A. Swedlow
Brianne M. Straka
Marc L. Kaplan
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
Tel: (312) 705-7400

Michael E. Jones (SBN 10929400)
Allen F. Gardner (SBN 24043679)
POTTER MINTON P.C.
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311

*Attorneys for Defendants Alcatel-Lucent USA, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 21, 2016.

*/s/ David A. Nelson*
David A. Nelson