UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC.,<br>AT&T MOBILITY LLC,<br>and SPRINT SPECTRUM, L.P.,<br><br>     Defendants. | Civil Action 6:15-cv-41<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT AT&T MOBILITY LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility LLC hereby states the following are the owners of AT&T Mobility LLC:

1. SBC Long Distance, LLC – Delaware limited liability company.
   Principal Place of Business: 208 Akard Street, Dallas, TX 75202.
   Sole Member: SBC Telecom, Inc., a Delaware corporation.
   Principal Place of Business: 208 S. Akard Street, Dallas, TX 75202.

2. SBC Telecom, Inc. – Delaware corporation.
   Principal Place of Business: 208 S. Akard Street, Dallas, TX 75202.

3. BellSouth Mobile Data, Inc. – Georgia corporation.
   Principal Place of Business: 1025 Lenox Park Blvd. NE, Atlanta, GA 30319.

None of the companies listed above is a publicly traded company. All of the companies listed above are subsidiaries of AT&T Inc. AT&T Inc. is a publicly traded company, and there is no person or group that owns 10% or more of the stock of AT&T Inc. AT&T Mobility LLC reserves the right to amend or supplement these disclosures as may be appropriate.

Dated: January 22, 2016                                  Respectfully submitted,

*/s/ Jonathan Rubenstein*
Bryant C. Boren, Jr.
   (Texas Bar No. 02664100)
*bryant.c.boren@bakerbotts.com*
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7501
Facsimile:  (650) 739-7601

Douglas M. Kubehl
   (Texas Bar No. 00796909)
*doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
   (Texas Bar No. 24037403)
*jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
   (Texas Bar No. 24069354)
*jeff.becker@bakerbotts.com*
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503

**ATTORNEYS FOR DEFENDANT
AT&T MOBILITY LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on January 22, 2016.

                                                                                          */s/ Jonathan B. Rubenstein*
                                                                                          Jonathan B. Rubenstein