**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., | Civil Action 6:15-cv-41 |
| Plaintiff, | |
| | **JURY TRIAL DEMANDED** |
| v. | |
| ALCATEL-LUCENT USA, INC., AT&T MOBILITY LLC, and SPRINT SPECTRUM, L.P., | |
| Defendants. | |

**DEFENDANT AT&T MOBILITY LLC'S**
**JURY DEMAND**

Pursuant to Local Rules CV-38(a), Defendant AT&T Mobility LLC respectfully demands a trial by jury on all issues so triable.

Dated: January 22, 2016                    Respectfully submitted,

*/s/ Jonathan B. Rubenstein*
Bryant C. Boren, Jr.
   (Texas Bar No. 02664100)
*bryant.c.boren@bakerbotts.com*
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7501
Facsimile:  (650) 739-7601

Douglas M. Kubehl
   (Texas Bar No. 00796909)
*doug.kubehl@bakerbotts.com*
Jonathan B. Rubenstein
   (Texas Bar No. 24037403)
*jonathan.rubenstein@bakerbotts.com*
Jeffery S. Becker
   (Texas Bar No. 24069354)
*jeff.becker@bakerbotts.com*
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503

**ATTORNEYS FOR DEFENDANT
AT&T MOBILITY LLC**


## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on January 22, 2016.

*/s/ Jonathan B. Rubenstein*
Jonathan B. Rubenstein