**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,** § | |
| § | **Civil Action No. 6:15-cv-41-RWS/JDL** |
| **v.** § | |
| § | **(LEAD CASE)** |
| **ALCATEL-LUCENT USA, INC., et al** § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Defendant AT&T Mobility LLC. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Michael E. Jones, John F. Bufe and Daniel A. Noteware, Jr. of the Potter Minton, PC law firm be allowed to withdraw and are hereby withdrawn as counsel for Defendant AT&T Mobility LLC in the above matter.

**So ORDERED and SIGNED this 7th day of March, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{A07/09800/0001/W1385141.1 }