**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC., et al<br><br>Defendants | Case No. 6:15-cv-00041-RWS-JDL<br><br><br>**JURY TRIAL DEMANDED**<br><br><br>(Lead Consolidated Case) |

### DEFENDANTS' NOTICE OF COMPLIANCE WITH DOCKET CONTROL ORDER

Pursuant to the Court's Second Amended Docket Control Order, Defendants hereby provide notice that they have met and conferred with Adaptix and confirm that there are no more than 10 terms in dispute. Additionally, Defendants have identified to Adaptix's counsel prior art that ensnares Adaptix's alleged equivalents under the doctrine of equivalents on March 23, 2016.


DATED: March 23, 2016

By: /s/ Brianne M. Straka
David A. Nelson
davenelson@quinnemanuel.com
Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Brianne M. Straka
briannestraka@quinnemanuel.com
Marc L. Kaplan
marckaplan@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN
500 West Madison
Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Fax: (312) 705-7401

Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 3316930
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

*Attorneys for Defendant Alcatel-Lucent USA, Inc.*


*/s/ Jeffery S. Becker*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Douglas M. Kubehl
Texas Bar No. 00796909
doug.kubehl@bakerbotts.com
Jonathan B. Rubenstein
Texas Bar No. 24037403
jonathan.rubenstein@bakerbotts.com
Jeffery S. Becker
Texas Bar No. 24069354
jeff.becker@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

ATTORNEYS FOR DEFENDANTS
ERICSSON INC.,
TELEFONAKTIEBOLAGET LM

2

ERICSSON, CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS, AND
SPRINT SPECTRUM L.P.

*/s/ Jeffery S. Becker*
Douglas M. Kubehl
Texas Bar No. 00796909
doug.kubehl@bakerbotts.com
Jonathan B. Rubenstein
Texas Bar No. 24037403
jonathan.rubenstein@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Bryant C. Boren, Jr.
Texas Bar No. 02664100
bryant.c.boren@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7501
Facsimile:  (650) 739-7601

ATTORNEYS FOR DEFENDANT
AT&T MOBILITY LLC

By: */s/ Geoffrey M. Godfrey*
Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
WILMER CUTLER PICKERING HALE AND
DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (312) 858-6100
Mark.Flanagan@wilmerhale.com
Robert.galvin@wilmerhale.com
Geoff.godfrey@wilmerhale.com

Michael E. Jones
State Bar No. 10929400

John F. Bufe
State Bar No. 3316930
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

By */s/ Mark W. McGrory*
Mark W. McGrory (*pro hac vice*)
ERISE IP
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax: 913-777-5601
Direct: 913-777-5643
Email: mark.mcgrory@eriseip.com

Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 3316930
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

*Attorneys for Defendant Sprint Spectrum L.P.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on March 23, 2016. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                          */s/ Brianne M. Straka*
                                          Brianne M. Straka