# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,** § | |
| § | **Civil Action No. 6:15-CV-00041-RWS-JDL** |
| *Plaintiff*, § | |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **ALCATEL-LUCENT USA, INC.,** *et al*., § | |
| § | **LEAD CONSOLIDATED CASE** |
| *Defendants*, § | |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal pertaining to the claims and counterclaims asserted between Adaptix, Inc. on the one hand, and Defendants Ericsson Inc., Telefonaktiebolaget LM Ericsson, Cellco Partnership d/b/a Verizon Wireless, and Sprint Spectrum L.P. (collectively, "Defendants") on the other hand, in Civil Action No. 6:15-cv-00042. Having considered the Stipulated Dismissal, and finding that good cause exists for granting of the same, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims asserted between Plaintiff and Defendants in Civil Action 6:15-cv-00042 are DISMISSED WITH PREJUDICE to re-filing same, as set forth in the Joint Stipulation of Dismissal, with each party to bear its own costs and attorneys' fees.  This stipulation does not affect Adaptix's claims against Alcatel-Lucent USA, Inc., or its claims against Cellco Partnership d/b/a Verizon Wireless or Sprint Spectrum L.P. with respect to products or services of Alcatel-Lucent USA, Inc.

2

**SIGNED this 8th day of April, 2016.**

　　　　　　　　　　　　　　　　　　　　　　　　*Robert W Schroeder III*
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE