**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC., et al <br><br> Defendants | Case No. 6:15-cv-00041-RWS-JDL <br><br><br> **JURY TRIAL DEMANDED** <br><br><br> (Lead Consolidated Case) |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH DOCKET CONTROL ORDER

Pursuant to the Court's Fourth Amended Docket Control Order, Defendants Alcatel-Lucent USA, Inc., AT&T Mobility LLC, Sprint Spectrum L.P., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") hereby notify the Court that on June 3, 2016, Defendants served their Technical Tutorial on the court-appointed technical advisor, David Keyzer, via electronic mail.

DATED: June 3, 2016

By: /s/ Marc L. Kaplan
David A. Nelson
davenelson@quinnemanuel.com
Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Brianne M. Straka
briannestraka@quinnemanuel.com
Marc L. Kaplan
marckaplan@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN
500 West Madison
Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Fax: (312) 705-7499

Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 3316930
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

*Attorneys for Defendant Alcatel-Lucent USA, Inc.*

*/s/ Jeffery S. Becker*
Douglas M. Kubehl
Texas Bar No. 00796909
doug.kubehl@bakerbotts.com
Jonathan B. Rubenstein
Texas Bar No. 24037403
jonathan.rubenstein@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Bryant C. Boren, Jr.
Texas Bar No. 02664100
bryant.c.boren@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7501
Facsimile: (650) 739-7601

ATTORNEYS FOR DEFENDANT
AT&T MOBILITY LLC

By: */s/ Robert Galvin*
Mark D. Flanagan
Robert M. Galvin
WILMER CUTLER PICKERING HALE AND
DORR LLP
950 Page Mill Road

Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (312) 858-6100
Mark.Flanagan@wilmerhale.com
Robert.galvin@wilmerhale.com

Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 3316930
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

By */s/ Mark W. McGrory*
Mark W. McGrory (*pro hac vice*)
ERISE IP
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax: 913-777-5601
Direct: 913-777-5643
Email: mark.mcgrory@eriseip.com

Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 3316930
**POTTER MINTON, P.C.**
110 N. College, Suite 500
Tyler, Texas 75702
Tele: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
johnbufe@potterminton.com

*Attorneys for Defendant Sprint Spectrum L.P.*

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on June 3, 2016. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                          */s/ Marc L. Kaplan*
                                          Marc L. Kaplan