# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT USA, INC.  et al. <br><br><br> Defendants. | Civil Action 6:15-cv-00041-RWS-JDL <br><br> **CONSOLIDATED LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Defendant, Alcatel-Lucent USA Inc. ("ALU"), files this Notice of Appearance, and hereby notifies the Court that Michelle Schmit, of the law firm Quinn Emanuel Urquhart & Sullivan LLP, 500 West Madison Street, Suite 2450, Chicago, Illinois, 60661, Telephone (312) 705-7400, Fax (312) 705-7401, E-mail: michelleschmit@quinnemanuel.com, is appearing as counsel for Defendant ALU.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.


DATED:  June 8, 2016

By: */s/ Michelle Schmit*_____
    Michelle Schmit
    QUINN EMANUEL URQUHART &
      SULLIVAN
    500 West Madison Street
    Suite 2450
    Chicago, Illinois 60661
    Telephone: (312) 705-7400
    Fax: (312) 705-70401

    ATTORNEY FOR ALCATEL-
      LUCENT USA INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Michelle Schmit*_____
Michelle Schmit