IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff <br><br> vs. <br><br> ALCATEL-LUCENT USA, INC., et al. <br><br> Defendants. | § § § § § § § § § § § § § Civil Action No. 6:15-cv-41-RWS-JDL <br> (Lead Consolidated Case) |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Defendant AT&T Mobility LLC files this Notice of Appearance, and hereby notifies the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for AT&T Mobility LLC in the above-referenced matter.

Dated:  June 8, 2016                    Respectfully submitted,

 */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
E-mail: jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Douglas M. Kubehl
Texas State Bar No. 00796909
E-mail: doug.kubehl@bakerbotts.com
Jonathan B. Rubenstein
Texas Bar No. 24037403

E-mail: jonathan.rubenstein@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Bryant C. Boren, Jr.
Texas State Bar No. 02664100
E-mail: bryant.c.boren@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7600

*Attorneys for Defendant AT&T Mobility LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 8th day of June, 2016.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth