# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Adaptix, Inc.,** | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | Civil Action No. 6:15-CV-041-RWS-JDL  LEAD CASE |
| **Alcatel-Lucent USA, Inc.,** *et al.*, | § § § | JURY TRIAL DEMANDED |
| *Defendants*. | | |

| | | |
|---|---|---|
| **Adaptix, Inc.,** | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | Civil Action No. 6:15-CV-604-RWS-JDL  CONSOLIDATED CASE |
| **Alcatel-Lucent USA, Inc.,** *et al.*, | § § § | JURY TRIAL DEMANDED |
| *Defendants*. | | |

## ORDER GRANTING MOTION TO DISMISS

Before the Court is a joint motion to dismiss filed by Plaintiff Adaptix, Inc., and Defendants Alcatel-Lucent USA, Inc., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, and Sprint Spectrum L.P. Having considered the parties' motion, the Court believes it should be **GRANTED**. All claims and counterclaims in the above-captioned actions are hereby dismissed **WITH PREJUDICE**. All pending motions are **DENIED AS MOOT.** Each party shall bear its own costs and fees.

**SIGNED this 27th day of July, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE