IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| v. | § | CASE NO. 6:15cv041-RWS-JDL |
| | § | |
| ALCATEL-LUCENT USA, INC., ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Adaptix, Inc. filed suit against Alcatel-Lucent USA, Inc., et al. on January 13, 2015.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**SIGNED this 27th day of July, 2016.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE